UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Frankfort)

| | | |
|---|---|---|
| BELLSOUTH TELECOMMUNICATIONS, INC., d/b/a AT&T Kentucky, | ) ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 3: 09-14-DCR |
| V. | ) ) | |
| KENTUCKY PUBLIC SERVICE COMMISSION, et al., | ) ) ) | **JUDGMENT** |
| Defendants. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

In accordance with the Memorandum Opinion and Order entered this date, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is hereby

**ORDERED** and **ADJUDGED** as follows:

(1) Plaintiff BellSouth Telecommunications, Inc.'s request for declaratory and injunctive relief is **GRANTED**.

(2) Defendant Kentucky Public Service Commission's Orders, Case No. 2006-00316, dated March 28, 2007, May 10, 2007, and March 6, 2009, are declared unlawful and **VACATED**.

(3) All defendants and other parties acting in concert with them are **ENJOINED** from seeking to enforce the unlawful decisions against Plaintiff BellSouth Telecommunications, Inc.

(4) This matter is **STRICKEN** from the Court's docket and **REMANDED** to Defendant Kentucky Public Service Commission for further proceedings.

(5) This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

This 27th day of October, 2010.

Signed By:
*Danny C. Reeves* DCR
United States District Judge